# In the United States Court of Federal Claims

No. 25-1718 L
Filed: July 10, 2026

```
************************************
THOMAS EUGENE SMITH, et. al.,      *
            Plaintiffs,            *          JUDGMENT
                                   *
     v.                            *
                                   *
THE UNITED STATES,                 *
            Defendant.             *
************************************
```

Pursuant to the court's Opinion and Order, filed July 10, 2026, granting defendant's motion to dismiss,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that plaintiffs' claims are dismissed for lack of subject-matter jurisdiction.

Lisa L. Reyes,
Clerk of Court

By: s/ Ashley Reams
Deputy Clerk

NOTE: As to appeal to the United States Court of Appeals for the Federal Circuit, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Effective December 1, 2023, the appeals fee is $605.00.